AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Haley N. Bechtel,

                *Plaintiff,*

v.

              Case No. 1:19-cv-10082-TLL-PTM
              Hon. Thomas L. Ludington

Receivables Performance Management, LLC,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Receivables Performance Management, LLC c/o The Corporation Company
       40600 Ann Arbor Road E Suite 201
       Plymouth MI 48170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Alexander J. Taylor
       2500 S. Highland Ave.
       Lombard, IL
       60148

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*         By:  s/ S Osorio
                                                                       *Signature of Clerk or Deputy Clerk*



                                                     Date of Issuance: January 9, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-10082-TLL-PTM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Receivables Performance Management, LLC.
was received by me on *(date)* 01/13/2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kathy Hunter as Admin Assistant, who is designated by law to accept service of process on behalf of *(name of organization)* Receivables Performance Management, LLC. on *(date)* 01/14/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/15/2019

*Server's signature*

Mike Rehbein-Process Server
*Printed name and title*

4337 E. Grand River Ave #101
Howell, MI 48843

*Server's address*

Additional information regarding attempted service, etc:
48 Female White 5'8" 200lbs Blonde Hair No Glasses